# Court of Appeals
# of the State of Georgia

ATLANTA,   February 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0298.  JAMES RUDOLPH COOLEY v. THE STATE.**

After issuing a criminal trespass warrant to James Rudolph Cooley, the Assistant Solicitor for the State Court of Gwinnett County filed a notice of intent not to prosecute for insufficient evidence.  Cooley filed a motion to set aside the state's notice, which the trial court denied.  Cooley appealed therefrom.

The filing of the notice of intent not to prosecute did not constitute either a dismissal or a termination of the prosecution in the accused's favor.  See generally *State v. Creel*, 216 Ga. App. 394 (454 SE2d 804) (1995). Therefore, as the case has not terminated, the order denying the motion to set aside the notice of intent was an interlocutory order.   Accordingly, Cooley was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review.  Because Cooley failed to follow the required appellate procedure, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*     02/17/2016
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
              *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*